CK# 109
rcpt # 128100

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Western DIVISION

| | |
|---|---|
| In the matter of: | Case No. 08-36793 |
| GRUNDEN, MARK G.<br>GRUNDEN, MELISSA A. | Chapter 7 |
| | Judge RICHARD L. SPEER |
| PRIDDY, MELISSA A.<br>Debtors. | DIVIDENDS LESS THAN $5.00 |

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has combined dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No 109 in the amount of $4.92.

The dividend relates to the following claimant:

| Claimant | Amount |
|---|---|
| PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services, PO Box 10587<br>Greenville, SC 29603-0587 | $ 4.92 |
| Total: | $ 4.92 |

/s/ BRUCE COMLY FRENCH
BRUCE COMLY FRENCH, Trustee
Reg. No. 0005298
PO BOX 839
LIMA, OH 45802-0839
Telephone: (419) 222-9134
Facsimile: (419) 222-9437



08-36793-rls    Doc 48    FILED 11/23/09    ENTERED 11/23/09 16:27:14    Page 1 of 1